# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Court,Northern District of Alabasma | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity agreement (former law firm) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Burr & Forman LLC - retired partner's annuity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Southern Co. stock | A | Dividend | K | T | Buy<br>(add'l) | 2020 | J | | |
| 2. Wells Fargo deposit accounts (2) | A | Interest | L | T | | | | | |
| 3. Protective Life policies (2)-both whole life | A | Int./Div. | J | T | | | | | |
| 4. Mass Mutual Life- American Century Value mutual fund | | None | L | T | | | | | |
| 5. Mass Mutual Life - guaranteed principal account fund | A | Interest | J | T | | | | | |
| 6. American Growth F-2 Class A Mutual Fund | A | Dividend | M | T | Buy<br>(add'l) | 2020 | J | | |
| 7. Proassurance Corp.stock | A | Dividend | | | Sold | 05/12/20 | K | D | |
| 8. Am. New Perspective Fund Class F-2 Mutual Fund | | | | | Sold | 05/12/20 | N | F | |
| 9. Bk of Am RSA money fund (JJR) | A | Int./Div. | J | T | | | | | |
| 10. Am. Capital World Income Mutual Fund Class F-2 | A | Dividend | | | Sold | 05/12/20 | K | E | |
| 11. American Growth Mutual Fund of America F2 (Formerly A) | C | Dividend | O | T | Sold<br>(part) | 12/24/20 | M | F | |
| 12. American Fundamental Investors Mutual Fund Class F-2 (SGR IRA) | C | Dividend | L | T | | | | | |
| 13. American New Perspective Mutual Fund | A | Dividend | L | T | | | | | |
| 14. American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy<br>(add'l) | 2020 | J | | |
| 15. American Growth Mutual Fund of America Class A | A | Dividend | M | T | Buy<br>(add'l) | 2020 | J | | |
| 16. MetLife, Inc. stock | A | Dividend | J | T | | | | | |
| 17. Pfizer stock | A | Dividend | | | Sold | 05/12/20 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Waste Management stock | A | Dividend | | | Sold | 05/12/20 | M | F | |
| 19. Chevron Corp stock | A | Dividend | | | Sold | 05/12/20 | K | | |
| 20. Coca Cola stock | A | Dividend | | | Sold | 05/12/20 | L | D | |
| 21. Kimberly Clark stock | B | Dividend | | | Sold | 05/12/20 | L | E | |
| 22. McDonalds Corp stock | A | Dividend | | | Sold | 05/12/20 | L | F | |
| 23. Microsoft Corp stock | A | Dividend | | | Sold | 05/12/20 | N | G | |
| 24. Duke Energy stock | A | Dividend | | | Sold | 05/12/20 | K | E | |
| 25. Mondelez Int'l stock | A | Dividend | | | Sold | 05/12/20 | L | E | |
| 26. Apple, Inc.stock | A | Dividend | | | Sold | 05/12/20 | M | F | |
| 27. American Amcap Mutual Fund F2 (formerly A) | D | Dividend | N | T | Sold (part) | 05/12/20 | N | | |
| 28. Nextera Energy Inc. stock | A | Dividend | | | Sold | 05/12/20 | K | E | |
| 29. Bk of Am RSA money fund (SGR-IRA) | A | Int./Div. | J | T | | | | | |
| 30. American Legacy annunity: Am Growth-Income & Am New World Funds | | None | M | T | | | | | |
| 31. Amazon stock | | None | | | Sold | 05/12/20 | M | F | |
| 32. American Investment Co. of America Class F-2 Mutual Fund | A | Dividend | | | Sold | 05/12/20 | K | | |
| 33. ML Bank Deposit Program (JJR IRA) | A | Int./Div. | J | T | | | | | |
| 34. American Fundamental Investsors F-2 (JJR IRA) | A | Dividend | | | Sold | 05/12/20 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Amcap Mutual Fund F-2 | D | Dividend | M | T | | | | | |
| 36.  American US Gov Securities Fund CL F2 | | | P1 | T | Buy | 05/13/20 | P1 | | |
| 37.  American US Gov Securities Fund CL F2 | | | P1 | T | Sold<br>(part) | 07/09/20 | J | C | |
| 38.  American US Gov Securities Fund CL F2 | | | P1 | T | Sold<br>(part) | 09/14/20 | J | D | |
| 39.  American US Gov Securities Fund CL F2 | | | | | Sold | 11/10/20 | P1 | | |
| 40.  American Bond Fund of America CL F2 | | | P1 | T | Buy | 05/13/20 | P1 | | |
| 41.  American Bond Fund of America CL F2 | | | P1 | T | Sold<br>(part) | 07/09/20 | J | C | |
| 42.  American Bond Fund of America CL F2 | | | P1 | T | Sold<br>(part) | 09/14/20 | J | D | |
| 43.  American Bond Fund of America CL F2 | | | | | Sold | 11/10/20 | P1 | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robinson, James J.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - The date of the "Buy add'l" for the investments reported on line items 1, 6, 14 and 15 is shown as 2020 without the day and month of the purchase. These "Buy add'l" transactions were the result of dividend reinvestments from time to time throughtout the year.

Paart VII - Line items 36 and 40 report the purchase of shares in American US Gov Securities Fund CL F2 and American Bond Fund of America Fund CL F2, respectively. Lines 37 & 38, and 41 & 42 report partial sales of these investments, respectively, and lines 39 and 43 report the sale of all remaining shares, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544